UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED

DEC 3 0 2013

CLERK, US DISTRICT COURT
NORFOLK, VA

GENE RAYMOND MORRILL,

    Petitioner,

v.   Case No.   2:12cv681

HAROLD W. CLARKE, Director,
Virginia Department of Corrections,

    Respondent.

## FINAL ORDER

Before the Court is an Amended Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 and the Respondent's Motion to Dismiss. In his Petition, the pro se Petitioner alleges violations of his constitutional rights in relation to the Petitioner's conviction for four counts of using a computer to solicit sex with a minor, one count of using a computer to commit sex acts with a minor, five counts of attempted indecent liberties with a minor less than fifteen years old, and ten counts of production or possessing for sale obscene material (second offense) in 2008, in the Circuit Court for the County of Stafford, as a result of which he was sentenced to serve twenty (20) years of active incarceration in the Virginia state penitentiary.

The matter was referred for disposition to a United States

Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), Federal Rule of Civil Procedure 72(b), Local Civil Rule 72, and the April 2, 2002, Standing Order on Assignment of Certain Matters to United States Magistrate Judges. In a Report and Recommendation filed on October 23, 2013, the Magistrate Judge recommended the Motion to Dismiss be granted and the Amended Petition be denied and dismissed with prejudice. The parties were advised of their right to file written objections to the Report and Recommendation. On November 13, 2013, the Court received the Petitioner's objections. The Respondent has not responded to these objections, however, and the time to do so has expired.

Having reviewed the record and the Petitioner's objections, and having made *de novo* findings with respect to the portions objected to, the Court agrees with the Report and Recommendation on the grounds stated by the Magistrate Judge and **ADOPTS** and **APPROVES** the Report and Recommendation, ECF No. 18, in its entirety as the Court's own opinion. Accordingly, the Court **GRANTS** the Respondent's Motion to Dismiss, ECF No. 14. It is, therefore, **ORDERED** that the Amended Petition is **DENIED** and **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that judgment be entered in favor of the Respondent.

The Petitioner is hereby notified that he may appeal from

the judgment entered pursuant to this Final Order by filing a <u>written</u> notice of appeal with the Clerk of the Court at the Walter E. Hoffman United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date judgment is entered. Because the Petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b)(1), the Court declines to issue a certificate of appealability. <u>See</u> <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 335-36 (2003).

The Clerk is **DIRECTED** to forward a copy of this Order to the Petitioner and counsel of record for the Respondent.

It is so **ORDERED**.

                                                     /s/ MSD
                                             Mark S. Davis
                                          **United States District Judge**

                                              Mark S. Davis
                                United States District Judge

Norfolk, Virginia
Date: December 30, 2013